**Timothy DETTMER,**
**Respondent/Employee,**

v.

**McBRIDE AND SONS ENTERPRISES,**
**Appellant/Employer,**

and

**Travelers Insurance Company,**
**Appellant/Insurer,**

and

**Treasurer of Missouri as Custodian**
**of Second Injury Fund,**
**Additional Party.**

No. 65934.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 6, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 10, 1995.

Application to Transfer Denied
Feb. 21, 1995.

Edward M. Vokoun, St. Louis, for employer-insurer.

James Peter Leonard, St. Louis, for respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for Second Injury Fund.

Before GRIMM, C.J., and CARL R. GAERTNER and CRANE, JJ.

*OPINION*

PER CURIAM.

Employer–Insurer appeal from the award of temporary total disability and medical expenses issued by the Industrial Relations Commission of Missouri. We find the award was supported by competent and substantial evidence. We further find an extended opinion would have no jurisprudential value. Accordingly, the decision of the Industrial Relations Commission is affirmed pursuant to Rule 84.16(b). The parties have been furnished with a memorandum for their information only setting forth the reasons for this decision.